FILED

10/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0397

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 21-0397

Edward J. Guza
Lance F. Carl
Attorneys for Appellant
E.J. GUZA & ASSOCIATES
25 Apex Drive, Suite A
Bozeman, MT 59718
(406) 586-2228
eguza@ejguzalaw.com
lcarl@ejguzalaw.com

| | |
|---|---|
| TAMARA A. DOWNING,<br><br>           Appellant,<br>  and<br><br>JOHN H. DOWNING,<br><br>           Appellee. | **GRANT OF EXTENSIONS** |

Having considered the Appellant's Unopposed Motion for Extension of Mediation Deadline and Deadline to File Appellant's Opening Brief, and good cause being found, the Court HEREBY ORDERS: that the deadline for mediation be extended 14 days from Monday, October 25, 2021, to November 8, 2021, and the deadline for Appellant to file her opening brief from November 1, 2021, to November 15, 2021.

ORDERED this ___ day of _____ 2021.

cc: Katharine Donnelly

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 21 2021